1  SANFORD WITTELS & HEISLER, LLP
Stefanie Roemer, D.C. Bar No. 464450 (Pro Hac Vice Granted)
2  Felicia Medina, California Bar No. 255804 (Pro Hac Vice Granted)
Catharine Edwards, Virginia Bar No. 78459 (Pro Hac Vice Granted)
3  1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
4  (202) 742-7780
(202) 742-7776 (fax)
5  sroemer@swhlegal.com
fmedina@swhlegal.com
6
CHAPIN FITZGERALD SULLIVAN, LLP
7  Edward Chapin, California Bar No. 053287 (Pro Hac Vice Granted)
Jill Sullivan, California Bar No. 185757 (Pro Hac Vice Granted)
8  550 West C Street, Suite 2000
San Diego, CA 92101
9  echapin@cfslawfirm.com
jsullivan@cfslawfirm.com
10
THE AIELLO LAW FIRM, CHTD.
11  Vincent J. Aiello, NV Bar No. 7970
955 Hillwood Drive, Suite 150
12  Las Vegas, NV 89134
(702) 318-8818
13  (702) 318-8801 (fax)
lovjalaw@gmail.com
14
*Attorneys for Plaintiffs Genine Cannata, Carolyn Davis, Joan E. Lewis, Sheila A.*
15  *Rhodes, JoEllen Sutherland, Karen Banks, Patricia Calvin, Connie Post, Carla Rains*
*and Lori Wilk.*
16

17                     **UNITED STATES DISTRICT COURT**
                           **DISTRICT OF NEVADA**
18

19  GENINE CANNATA, *et al*.,                  ) Case No. 2:10-cv-00068-PMP-(LRL)
                                               )
20                          Plaintiffs,        )
                                               )
21  vs.                                        )
                                               )
22  WYNDHAM WORLDWIDE                          ) **PLAINTIFFS' NOTICE OF MOTION AND**
    CORPORATION, a Delaware corporation;       ) **MOTION TO SEAL DOCKET NO. 106**
23  JAMES FRIEDMAN, an individual, *et al*.,   ) **(MOTION TO COMPEL DISCRIM.**
                                               ) **COMPLAINTS)**
24                          Defendants.        )
                                               )
25                                             )
                                               )
26

27

SANFORD WITTELS & HEISLER, LLP
ATTORNEYS AT LAW
1666 CONNECTICUT AVENUE, NW, SUITE 310
WASHINGTON, DC 20009
(202) 742-7780 · FAX (202) 742-7776

SANFORD WITTELS & HEISLER, LLP
ATTORNEYS AT LAW
1666 CONNECTICUT AVENUE, NW, SUITE 310
WASHINGTON, DC 20009
(202) 742-7780 · FAX (202) 742-7776

1    Plaintiffs Genine Cannata, Carolyn Davis, Joan E. Lewis, Sheila A. Rhodes,

2    JoEllen Sutherland, Karen Banks, Patricia Calvin, Connie Post, Carla Rains and Lori

3    Wilk, by and through their attorneys of record, hereby move this Court to seal Docket

4    No. 106 (Plaintiffs' Motion to Compel Discrimination Complaints), including all

5    attachments and exhibits thereto.  In support of this Motion, Plaintiffs state the following:

6    1.    On April, 22, 2010, Defendants filed a motion for a protective order.  *See*

7    Dkt. No. 49.  Plaintiffs filed a partial opposition to said Motion on May 6, 2010.  See

8    Dkt. No. 55.  This matter is still pending before the Court.  As such, no protective order

9    has been entered in this case.

10    2.    Accordingly, on February 21, 2011, Plaintiffs filed under seal a Notice of

11    Motion to Compel Discrimination Complaints, a Memorandum of Points and Authorities,

12    a Proposed Order, and an attorney declaration with supporting exhibits.  *See* Dkt. No.

13    106.

14    3.    Some of the contents of this filing *may* contain confidential information

15    produced by the Defendants in this matter.  As a precautionary measure, Plaintiffs filed

16    Docket No. 106 under seal.

17    4.    Plaintiffs sent courtesy copies of the Notice of Motion to Compel

18    Discrimination Complaints, Memorandum of Points and Authorities, the Declaration of

19    Felicia M. Medina, Esq, the Proposed Order, and all relevant exhibits to all Defendants of

20    record on February 23, 2011 via overnight mail.  (Plaintiffs also sent Defense Counsel an

21    email on February 22, 2011, informing them that Plaintiffs filed a motion under seal and

22    forwarded them the Notice of Motion, the Memorandum of Points and Authorities, the

23    Attorney Declaration, and the Proposed Order).

24    5.    Plaintiffs are also sending courtesy copies of Docket No. 106 to the Court.

25    6.    Plaintiffs do not wish to file any future Motions under seal.  However,

26    Plaintiffs await the Court's further instruction on how to treat confidential information in

27

1   future filings in the absence of a court order with respect to Docket No. 49 (Defendants'

2   Motion for a Protective Order).

3      7.  Therefore, Plaintiffs respectfully request that in the interim, the Court seal

4   Docket No. 106 (Plaintiffs' Motion to Compel Discrimination Complaints).

5      8.  Plaintiffs reserve their right to move the Court to unseal portions of

6   Docket No. 106 in the future.

7

8           Respectfully submitted this 23rd day of February, 2011.

9          By:  /s/  Felicia Medina
          Felicia Medina

10            Stefanie Roemer
          Catharine Edwards

11            SANFORD WITTELS & HEISLER, LLP

12            /s/  Jill Sullivan
          Edward Chapin

13            Jill Sullivan
          CHAPIN FITZGERALD SULLIVAN, LLP

14

15            /s/  Vincent Aiello
          Vincent Aiello
          THE AIELLO LAW FIRM, CHTD

16            Attorneys for Plaintiffs

17

18

19

20  **IT IS SO ORDERED.**

21

22  _____
  **UNITED STATES MAGISTRATE JUDGE**

23    **DATED:** _____ 2-25-11 _____

24

25

26

27

SANFORD WITTELS & HEISLER, LLP
ATTORNEYS AT LAW
1666 CONNECTICUT AVENUE, NW, SUITE 310
WASHINGTON, DC 20009
(202) 742-7780 · FAX (202) 742-7776

Certificate of Service

   I certify that service of the foregoing "**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO SEAL DOCKET NO. 106 (MOTION TO COMPEL DISCRIMINATION COMPLAINTS**)" will be made this 23rd day of February, 2011, by the electronic service of the U.S. District Court to the following:

   Patrick H. Hicks
   Veronica Arechederra Hall
   Littler Mendelson
   3960 Howard Hughes Parkway, Suite 300
   Las Vegas, Nevada 89169
   Attorneys for Defendants:
   WYNDHAM WORLDWIDE CORPORATION,
   WYNDHAM RESORT DEVELOPMENT CORPORATION dba
   WORLDMARK BY WYNDHAM,
   WYNDHAM VACATION OWNERSHIP, INC.,
   WYNDHAM VACATION RESORTS, INC., and
   WORLDMARK BY WYNDHAM.

   Patrick N. Chapin
   Patrick N. Chapin, Ltd.
   129 Cassia Way
   Henderson, Nevada 89104
   Attorney for Defendant James Friedman.


               By:  _/s/_ _Lindsey Yoo_ _____
                         An Employee of Sanford Wittels & Heisler, LLP

SANFORD WITTELS & HEISLER, LLP
ATTORNEYS AT LAW
1666 CONNECTICUT AVENUE, NW, SUITE 310
WASHINGTON, DC 20009
(202) 742-7780 · FAX (202) 742-7776