PATRICK H. HICKS, ESQ., Bar #4632
VERONICA ARECHEDERRA HALL, ESQ., Bar #5855
JEANINE OLIVARES NAVARRO, ESQ., Bar #10174
KRISTINA ESCAMILLA, ESQ., Bar #11564
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169
Telephone:  (702) 862-8800
Facsimile:  (702) 862-8811

Attorneys for Defendants
WYNDHAM WORLDWIDE CORPORATION,
WYNDHAM RESORT DEVELOPMENT CORPORATION,
WYNDHAM VACATION OWNERSHIP, INC.,
WYNDHAM VACATION RESORTS, INC., and
WORLDMARK BY WYNDHAM

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GENINE CANNATA, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> WYNDHAM WORLDWIDE CORPORATION, *et al.*, <br><br> Defendants. | Case No.  2:10-cv-00068-PMP-LRL <br><br> **MOTION TO SEAL WYNDHAM DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER AND MOTION TO QUASH THIRD PARTY SUBPOENAS** |

COMES NOW Defendants Wyndham Worldwide Corporation, Wyndham Resort Development Corporation, Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., and Worldmark By Wyndham ("Wyndham Defendants"), by and through their attorneys, and herby file this Motion to Seal Docket No. 105, which is Wyndham Defendants' Opposition to Plaintiffs'

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

Emergency Motion for a Protective Order and to Quash Third Party Subpoenas ("Opposition"), pursuant to Special Order 108.

Wyndham Defendants inadvertently attached an exhibit containing confidential information to its Opposition. In an effort to immediately rectify the situation and comply with Special Order 108, Wyndham Defendants request the Court to seal Document No. 105. Wyndham Defendants will re-file their Opposition and all attached exhibits with the confidential information appropriately redacted.

Dated: February 25, 2011

_____
PATRICK H. HICKS, ESQ.
VERONICA ARECHEDERRA HALL, ESQ.
JEANINE O. NAVARRO, ESQ.
KRISTINA ESCAMILLA, ESQ.

LITTLER MENDELSON
Attorneys for the Wyndham Defendants

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 2-25-11

2.

# CERTIFICATE OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169. On February 23, 2011, I served the within document(s):

**MOTION TO SEAL WYNDHAM DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER AND MOTION TO QUASH THIRD PARTY SUBPOENAS**

☒ By **CM/ECF Filing** – with the United States District Court of Nevada, a copy of the Court's notification of e-filing is attached to the hard copy for either faxing, mailing, overnight delivery, and/or hand-delivery.

Vincent Aiello, Esq.
The Aiello Law Firm
955 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
lovjalaw@gmail.com

*Attorneys for Plaintiffs*

Patrick N. Chapin, Esq.
Patrick N. Chapin, Ltd.
129 Cassia Way
Henderson, Nevada 89104
pat@chapinlaw.net

*Attorney for Defendant Friedman*

Stefanie Roemer, Esq.
Felicia Medina, Esq.
Sanford Wittels & Heisler, LLP
1666 Connecticut Avenue NW, Suite 310
Washington, DC 20009
fmedina@swhlegal.com
sroemer@nydclaw.com

*Attorneys for all Plaintiffs*

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 23, 2011, at Las Vegas, Nevada.

_____
Janine Martin

Firmwide:100347451.1 041582.2028

3.