PATRICK H. HICKS, ESQ., Bar #4632
VERONICA ARECHEDERRA HALL, ESQ., Bar #5855
JEANINE OLIVARES NAVARRO, ESQ., Bar #10174
KRISTINA ESCAMILLA, ESQ., Bar #11564
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169
Telephone:  (702) 862-8800
Facsimile:  (702) 862-8811

Attorneys for Defendants
WYNDHAM WORLDWIDE CORPORATION,
WYNDHAM RESORT DEVELOPMENT CORPORATION,
WYNDHAM VACATION OWNERSHIP, INC.,
WYNDHAM VACATION RESORTS, INC., and
WORLDMARK BY WYNDHAM

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GENINE CANNATA, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> WYNDHAM WORLDWIDE CORPORATION, *et al.*, <br><br> Defendants. | Case No.  2:10-cv-00068-PMP-LRL <br><br> **ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT the Wyndham Defendants' Motion to Seal certain attachments in their Opposition to Plaintiffs' Motion for a Protective Order and Motion to Quash Third Party Subpoenas, specifically **Docket Nos. 109-3, 109-4, 109-5, and 109-6**, is GRANTED.

IT IS SO ORDERED.

DATED:  3-8-11

_____
Magistrate Judge Lawrence R. Leavitt

Firmwide:100524929.1 041582.2028