

1  SANFORD WITTELS & HEISLER, LLP
   Stefanie Roemer, D.C. Bar No. 464450 (Pro Hac Vice Granted)
2  Felicia Medina, California Bar No. 255804 (Pro Hac Vice Granted)
   Catharine Edwards, Virginia Bar No. 78459 (Pro Hac Vice Granted)
3  1666 Connecticut Avenue, N.W., Suite 310
   Washington, D.C. 20009
4  (202) 742-7780
   (202) 742-7776 (fax)
5  sroemer@swhlegal.com
   fmedina@swhlegal.com
6  cedwards@swhlegal.com

7  CHAPIN FITZGERALD SULLIVAN, LLP
   Edward Chapin, California Bar No. 053287 (Pro Hac Vice Granted)
8  Jill Sullivan, California Bar No. 185757 (Pro Hac Vice Granted)
   550 West C Street, Suite 2000
9  San Diego, CA 92101
   echapin@cfslawfirm.com
10 jsullivan@cfslawfirm.com

11 THE AIELLO LAW FIRM, CHTD.
   Vincent J. Aiello, NV Bar No. 7970
12 955 Hillwood Drive, Suite 150
   Las Vegas, NV 89134
13 (702) 318-8818
   (702) 318-8801 (fax)
14 lovjalaw@gmail.com

15 *Attorneys for Plaintiffs Genine Cannata, Carolyn Davis, Joan E. Lewis, Sheila A.*
   *Rhodes, JoEllen Sutherland, Karen Banks, Patricia Calvin, Connie Post, Carla Rains*
16 *and Lori Wilk.*

17
                    **UNITED STATES DISTRICT COURT**
18                        **DISTRICT OF NEVADA**

19 GENINE CANNATA, *et al.*,               )   Case No. 2:10-cv-00068-PMP-(LRL)
                                            )
20                 Plaintiffs,              )
                                            )
21 vs.                                      )
                                            )
22 WYNDHAM WORLDWIDE                        )        **ORDER        GRANTING**
   CORPORATION, a Delaware corporation;     )   **PLAINTIFFS' UNOPPOSED MOTION TO**
23 JAMES FRIEDMAN, an individual, *et al.*, )   **SEAL STATUS REPORT**
                                            )
24                 Defendants.              )
                                            )
25                                          )
                                            )
26                                          )
                                           _)
27

1

## ORDER

2       This Court having considered Plaintiffs' Unopposed Motion to Seal Status

3  Report, Plaintiffs' Motion is GRANTED, and

4       **IT IS HEREBY ORDERED** that Plaintiffs' Status Report will remain sealed by

5  the Court.

6

7

8                                        IT IS SO ORDERED.

9

10                                       United States Magistrate Judge

11                                       DATED: _____3-8-11_____

**SANFORD WITTELS & HEISLER, LLP**
ATTORNEYS AT LAW
1666 CONNECTICUT AVENUE, NW, SUITE 310
WASHINGTON, DC 20009
(202) 742-7780 · FAX (202) 742-7776

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27