SANFORD WITTELS & HEISLER, LLP
Stefanie Roemer, D.C. Bar No. 464450 (Pro Hac Vice Granted)
Felicia Medina, California Bar No. 255804 (Pro Hac Vice Granted)
Catharine Edwards, Virginia Bar No. 78459 (Pro Hac Vice Granted)
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
(202) 742-7780
(202) 742-7776 (fax)
sroemer@swhlegal.com
fmedina@swhlegal.com
cedwards@swhlegal.com

CHAPIN FITZGERALD SULLIVAN, LLP
Edward Chapin, California Bar No. 053287 (Pro Hac Vice Granted)
Jill Sullivan, California Bar No. 185757 (Pro Hac Vice Granted)
550 West C Street, Suite 2000
San Diego, CA 92101
echapin@cfslawfirm.com
jsullivan@cfslawfirm.com

THE AIELLO LAW FIRM, CHTD.
Vincent J. Aiello, NV Bar No. 7970
955 Hillwood Drive, Suite 150
Las Vegas, NV 89134
(702) 318-8818
(702) 318-8801 (fax)
lovjalaw@gmail.com

*Attorneys for Plaintiffs Genine Cannata, Carolyn Davis, Joan E. Lewis, Sheila A. Rhodes, JoEllen Sutherland, Karen Banks, Patricia Calvin, Connie Post, Carla Rains and Lori Wilk.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GENINE CANNATA, *et al.*, | Case No. 2:10-cv-00068-PMP-(LRL) |
| Plaintiffs, | |
| vs. | |
| WYNDHAM WORLDWIDE CORPORATION, a Delaware corporation; JAMES FRIEDMAN, an individual, *et al.*, | **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SEAL STATUS REPORT** |
| Defendants. | |

**ORDER**

This Court having considered Plaintiffs' Unopposed Motion to Seal Status Report, Plaintiffs' Motion is GRANTED, and

**IT IS HEREBY ORDERED** that Plaintiffs' Status Report will remain sealed by the Court.

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: __3-8-11_____