# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GENINE CANNATA, et al., | ) |
| Plaintiffs, | ) ) |
| | ) 2:10-cv-00068-PMP-LRL |
| v. | ) |
| | ) **O R D E R** |
| WYNDHAM WORLDWIDE CORPORATION, et al., | ) ) |
| Defendants. | ) ) |

Before the court is defendants' Emergency Discovery Motion for Clarification of the Court's Order (Doc. #183) (#193). Having considered the motion, the court does not require a response. The court finds that the seventeen (17) individual locations identified on pages 3 and 4 of defendants' motion (#193) satisfy the court's geographic requirement referred to in the Order (#183) as the "southwest region."

DATED this 8th day of August, 2011.

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**