# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GENINE CANNATA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 2:10-cv-00068-PMP-LRL |
| v. ) | |
| ) | **A M E N D E D   O R D E R** |
| WYNDHAM WORLDWIDE ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

Before the court is defendants' Emergency Discovery Motion for Clarification of the Court's Order (Doc. #183) (#193). Having considered the motion, the court does not require a response. The motion (#193) is granted as follows: the seventeen (17) individual locations identified on pages 3 and 4 of defendants' motion (#193) satisfy the court's geographic requirement referred to in the Order (#183) as the "southwest region."

IT IS SO ORDERED.

DATED this 8th day of August, 2011.

*/s/ Leavitt*

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**