SANFORD WITTELS & HEISLER, LLP
Felicia Medina, CA Bar No. 255804 (Pro Hac Vice Granted)
555 Montgomery Street, Suite 1206
San Francisco, CA 94111
(415) 375-8904
(415) 391-6901 (fax)
fmedina@swhlegal.com

CHAPIN FITZGERALD SULLIVAN & BOTTINI LLP
Edward Chapin, CA Bar No. 053287 (Pro Hac Vice Granted)
Jill Sullivan, CA Bar No. 185757 (Pro Hac Vice Granted)
550 West "C" Street, Suite 2000
San Diego, CA 92101
(619) 241-4810
(619) 955-5318 (fax)
echapin@cfsblaw.com
jsullivan@cfsblaw.com

THE AIELLO LAW FIRM, CHTD.
Vincent J. Aiello, NV Bar No. 7970
955 Hillwood Drive, Suite 150
Las Vegas, NV 89134
(702) 318-8818
(702) 318-8801 (fax)
vincent@theaiellolawfirm.com

*Attorneys for Plaintiffs Genine Cannata, Carolyn Davis, Joan E. Lewis, Sheila A. Rhodes, Patricia Calvin, Connie Post, and Lori Wilk.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GENINE CANNATA, et al.,<br><br>             Plaintiffs,<br>    vs.<br><br>WYNDHAM WORLDWIDE CORPORATION, a Delaware corporation; JAMES FRIEDMAN, an individual, et al.,<br><br>             Defendants. | Case No. 2:10-cv-00068-PMP-(LRL)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO SEAL EXHIBIT** |

1 Plaintiffs Genine Cannata, Carolyn Davis, Joan E. Lewis, Sheila A. Rhodes, Patricia Calvin, Connie Post and Lori Wilk, by and through their attorneys of record, hereby move this Court to seal an un-redacted version of their Memorandum of Points and Authorities in Opposition to Plaintiffs Motion for a Protective Order Regarding Deposition of Rich Folk and an exhibit thereto.  In support of this Motion, Plaintiffs state the following:

1. On August 12, 2010, Defendants filed a Motion for a Protective Order Regarding Deposition of Rich Folk.  *See* Dkt. No. 198.

2. On August 31, 2010, Plaintiffs filed or will file a redacted version of their opposition brief and attorney declaration to said Motion that refers to an exhibit that was produced by Wyndham and was designated as "CONFIDENTIAL."

3. Plaintiffs are in the process of contesting the confidential designation pursuant to the procedures outlined in the Protective Order entered in this matter.  It is Plaintiffs' position that WRDC.Cannata001019-22 is not confidential since it does not contain trade secrets or proprietary business information.

4. In the interim, Plaintiffs respectfully request that the Court seal the un-redacted version of their brief, attorney declaration and the exhibit Wyndham has designated as confidential filed concurrently herewith.

5. Plaintiffs may move to file an un-redacted brief and to unseal the exhibit once the confidentiality designation issue is resolved.

6. Plaintiffs will also send the Defendants a copy of the un-redacted version of their brief.

Respectfully submitted this 31st day of August, 2011.

By:           /s/ Felicia Medina
             Felicia Medina
             SANFORD WITTELS & HEISLER, LLP
             *Attorneys for Plaintiffs*

             /s/ Jill Sullivan
             Jill Sullivan
             Edward Chapin
             CHAPIN FITZGERALD SULLIVAN & BOTTINI LLP
             *Attorneys for Plaintiffs*

             /s/ Vincent J. Aiello
             Vincent J. Aiello
             THE AIELLO LAW FIRM, CHTD.
             *Attorney for Plaintiffs*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 9-2-11

SANFORD WITTELS & HEISLER, LLP
ATTORNEYS AT LAW
555 MONTGOMERY STREET, SUITE 1206
SAN FRANCISCO, CA 94111
(415) 391-6900 • FAX (415) 391-6901

## Certificate of Service

I certify that service of the foregoing **"PLAINTIFFS' NOTICE OF MOTION AND MOTION TO SEAL EXHIBIT"** will be made this 31st day of August, 2011, by the email of the U.S. District Court to the following:

Patrick H. Hicks, NV Bar No. 4632
Wendy M. Krincek, NV Bar No. 6417
Kristina N. Escamilla, NV Bar No. 11564
Jeanine Olivares Navarro, NV Bar No. 10174
Littler Mendelson
3960 Howard Hughes Pkwy, Suite 300
Las Vegas, NV 89169
(702) 862-8800
(702) 862-8811 (fax)
*Attorneys for Wyndham Defendants*
WYNDHAM WORLDWIDE CORPORATION,
WYNDHAM RESORT DEVELOPMENT CORPORATION dba
WORLDMARK BY WYNDHAM,
WYNDHAM VACATION OWNERSHIP, INC.,
WYNDHAM VACATION RESORTS, INC., and
WORLDMARK BY WYNDHAM

Patrick N. Chapin
Patrick N. Chapin, Ltd.
129 Cassia Way
Henderson, Nevada 89104
Attorney for Defendant James Friedman.

By: /s/ Sean Miller _____
An Employee of Sanford Wittels & Heisler, LLP