UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GENINE CANNATA, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:10-cv-00068-PMP -VCF |
| v. ) | |
| ) | **MINUTE ORDER** |
| WYNDHAM WORLDWIDE ) | |
| COROPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | Dated: October 27, 2011 |

PRESENT:   THE HONORABLE CAM FERENBACH, United States Magistrate Judge

JUDICIAL ASSISTANT:   Carol DePino and Mai Tieu   RECORDER:   None

COUNSEL FOR PLAINTIFF(S):                 None Appearing

COUNSEL FOR DEFENDANT(S):                 None Appearing

    Before the court are defendants' Motion For Protective Order (#198), Motion to Designate Confidential Material (#222), and Motion To Seal (#224), and plaintiffs' Emergency Motion To Compel ESI Testimony (#200) and Emergency Motion To Compel Documents (#225).

    In the motion to seal (#224), the defendants ask this court for an order sealing the exhibit (#223 Exhibit 1) to their motion to designate confidential material (#222), because the document "contains information implicating third-party privacy interests."  The court finds that sealing this document (#223 Exhibit 1) until the court has ruled on the motion to designate confidential material (#222) is warranted.

    IT IS THEREFORE ORDERED that defendants' Motion To Seal (#224) is GRANTED.  The Clerk of the Court shall SEAL the exhibit to the motion (#223 Exhibit 1) pending this court's ruling on the motion to designate confidential material (#222).

    IT IS FURTHER ORDERED that a hearing on the pending discovery motions (#198, #200, #222, and #225) will be held on November 17, 2011, at 1:00 p.m. in courtroom 3A.  The attorneys responsible for briefing the pending motions and the lead trial counsel for each side shall participate in the hearing either in person or via telephone.

**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**