# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| GENINE CANNATA, *et al.,* | ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 2:10-cv-00068-PMP -VCF |
| WYNDHAM WORLDWIDE CORPORATION, *et al.,* | ) ) ) | **ORDER** |
| Defendant. | ) ) ) | |

Before the court is plaintiffs' *EMERGENCY* Motion For A Protective Order and To Quash Subpoena Requesting Production of Retainer Agreement. (#268). Wyndham defendants filed an Opposition (#271), and individual defendant James Friedman filed a Joinder thereto (#272). Plaintiff filed a Reply. (#273). The court held a hearing on March 28, 2012, at 9:30 a.m.

Having reviewed the moving papers and considered the arguments made during the hearing, the court finds that defendants are entitled to the dates that plaintiffs' counsel transmitted the retainer agreements to each current and former plaintiff and the dates that each current and former plaintiff signed the retainer agreements. Plaintiffs shall make a good faith effort to locate the dates when the retainer agreements were transmitted to each current and former plaintiff, including inquiring of the current and former plaintiffs as to whether they have documentation evidencing or an independent recollection of when they received the retainer agreements. Plaintiffs are not required to produce the actual retainer agreements at this time.

During the hearing, plaintiffs' counsel indicated that a confidential document was inadvertently disclosed as an exhibit to the plaintiffs' motion (#268). Accordingly, plaintiffs asked this court to seal Exhibit 12 (#268-4 Pages 163-170) attached to plaintiffs' motion.

Accordingly, and for good cause shown,

IT IS ORDERED that plaintiffs' *EMERGENCY* Motion For A Protective Order and To Quash Subpoena Requesting Production of Retainer Agreement (#268) is GRANTED in part and DENIED in part, as discussed above.

IT IS THEREFORE ORDERED that, within 14 days from the date of this order, plaintiffs shall provide defendants with the dates that plaintiffs' counsel transmitted the retainer agreements to each current and former plaintiff and the dates that each current and former plaintiff signed the retainer agreement.

IT IS FURTHER ORDERED that Exhibit 12 (#268-4 Pages 163-170) to plaintiffs' motion (#268) shall be SEALED.

DATED this 28th day of March, 2012.

**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**