PATRICK H. HICKS, ESQ., Bar # 004632
PAUL WEINER, ESQ., *(admitted pro hac vice)*
WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KRISTINA N. ESCAMILLA, ESQ., Bar # 11564
HILARY B. MUCKLEROY, ESQ., Bar # 9632
LITTLER MENDELSON
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:       702.862.8811

Attorneys for Defendants
WYNDHAM WORLDWIDE CORPORATION, WYNDHAM RESORT DEVELOPMENT CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC. and WORLDMARK BY WYNDHAM

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GENINE CANNATA, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNDHAM WORLDWIDE CORPORATION, *et al.*,<br><br>Defendants. | Case No. 2:10-cv-00068-PMP-VCF<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT PURSUANT TO ORDER (DKT. 277)** |

   The parties, by and through their undersigned respective counsel, hereby submit this status report pursuant to the Order entered by the Court dated June 1, 2012 (Dkt. 277).  The parties have reached an agreement to resolve this matter and are currently negotiating the written settlement agreements.  On July 9, 2012, Wyndham provided Plaintiffs with a template settlement agreement for review.  Plaintiffs are reviewing the draft agreement and the parties anticipate continued communications through counsel to finalize the written agreement during the next 30 days.

. . .

. . .

. . .

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The parties propose that the Court order a second status report regarding settlement be submitted by the parties by or before August 16, 2012.

IT IS SO STIPULATED.

Dated: July 13, 2012                                         Dated: July 13, 2012

/s/ Felicia Medina                                              /s/ Wendy M. Krincek
FELICIA MEDINA, ESQ.                                 PATRICK H. HICKS, ESQ.
Sanford Wittels & Heisler, LLP                        PAUL WEINER, ESQ.
                                                                         WENDY MEDURA KRINCEK, ESQ.
EDWARD CHAPIN, ESQ.                               KRISTINA ESCAMILLA, ESQ.
JILL SULLIVAN, ESQ.                                      HILARY B. MUCKLEROY, ESQ.
Chapin Fitzgerald Sullivan, LLP                        Littler Mendelson, PC

VINCENT AIELLO, ESQ.                                *Attorneys for the Wyndham Defendants*
The Aiello Law Firm

*Attorneys for Plaintiffs*

Dated: July 13, 2012

/s/ Patrick N. Chapin, Esq.
PATRICK N. CHAPIN, ESQ.
Patrick N. Chapin, Ltd.

*Attorney for Defendant James Friedman*

**IT IS SO ORDERED.**

Dated this __13__ day of __July__, 2012.

_____
U.S. DISTRICT COURT MAGISTRATE JUDGE

Firmwide:112998226.1 041582.2028
7/13/12

2.