PATRICK H. HICKS, ESQ., Bar # 4632
PAUL WEINER, ESQ. *(admitted pro hac vice)*
WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KRISTINA N. ESCAMILLA, ESQ., Bar # 11564
HILARY B. MUCKLEROY, ESQ., Bar # 9632
LITTLER MENDELSON
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:      702.862.8811

Attorneys for Defendants
WYNDHAM WORLDWIDE CORPORATION, WYNDHAM
RESORT DEVELOPMENT CORPORATION, WYNDHAM
VACATION OWNERSHIP, INC., WYNDHAM VACATION
RESORTS, INC. and WORLDMARK BY WYNDHAM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GENINE CANNATA, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNDHAM WORLDWIDE CORPORATION, *et al.*,<br><br>Defendants. | Case No. 2:10-cv-00068-PMP-VCF<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT PURSUANT TO ORDER (DKT. 277)** |

The parties, by and through their undersigned respective counsel, hereby submit this status report pursuant to the Order entered by the Court dated July 13, 2012 (Dkt. 279).  The parties continue to make progress towards finalizing settlement of this matter.  On July 9, 2012, Wyndham provided Plaintiffs with a template settlement agreement for review.  Plaintiffs provided their comments on August 10, 2012.  On August 15, 2012, the parties held a telephonic conference for the purposes of negotiating the terms and language to be included in the final written settlement agreements.  The parties are continuing to negotiate certain provisions in the written settlement agreements and anticipate finalizing them within the next 30 days.

The parties propose that the Court order a third status report regarding settlement be

LITTLER MENDELSON
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

submitted by the parties by or before September 17, 2012 in the event settlement and dismissal of this matter has not taken place by that date.

**IT IS SO STIPULATED.**

| Dated: August ___, 2012 | Dated: August ___, 2012 |
|---|---|
| /s/ Felicia Medina, Esq. | /s/ Wendy M. Krincek, Esq. |
| FELICIA MEDINA, ESQ.<br>Sanford Wittels & Heisler, LLP | PATRICK H. HICKS, ESQ.<br>PAUL WEINER, ESQ.<br>WENDY MEDURA KRINCEK, ESQ. |
| EDWARD CHAPIN, ESQ.<br>JILL SULLIVAN, ESQ.<br>Chapin Fitzgerald Sullivan, LLP | KRISTINA ESCAMILLA, ESQ.<br>HILARY B. MUCKLEROY, ESQ.<br>Littler Mendelson, PC |
| VINCENT AIELLO, ESQ.<br>The Aiello Law Firm | *Attorneys for the Wyndham Defendants* |

*Attorneys for Plaintiffs*

Dated: August ___, 2012

/s/ Patrick N. Chapin, Esq.
PATRICK N. CHAPIN, ESQ.
Patrick N. Chapin, Ltd.

*Attorney for Defendant James Friedman*

**IT IS SO ORDERED.**
Dated this __16__ day of __August__, 2012.

_____
U.S. DISTRICT COURT MAGISTRATE JUDGE

Firmwide:113840782.1 041582.2028

2.

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800