1  PATRICK H. HICKS, ESQ., Bar # 4632
   PAUL WEINER, ESQ. *(admitted pro hac vice)*
2  WENDY MEDURA KRINCEK, ESQ., Bar # 6417
   KRISTINA N. ESCAMILLA, ESQ., Bar # 11564
3  HILARY B. MUCKLEROY, ESQ., Bar # 9632
   LITTLER MENDELSON
4  3960 Howard Hughes Parkway
   Suite 300
5  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
6  Fax No.:      702.862.8811

7  Attorneys for Defendants
   WYNDHAM WORLDWIDE CORPORATION, WYNDHAM
8  RESORT DEVELOPMENT CORPORATION, WYNDHAM
   VACATION OWNERSHIP, INC., WYNDHAM VACATION
9  RESORTS, INC. and WORLDMARK BY WYNDHAM

10
                    UNITED STATES DISTRICT COURT
11
                         DISTRICT OF NEVADA
12

13  GENINE CANNATA, *et al.*,              Case No. 2:10-cv-00068-PMP-VCF

14              Plaintiffs,

15  vs.                                    **JOINT STATUS REPORT REGARDING
                                           SETTLEMENT PURSUANT TO ORDER**
16  WYNDHAM WORLDWIDE                      **(DKT. 283)**
    CORPORATION, *et al.*,
17
                Defendants.
18

19      The parties, by and through their undersigned respective counsel, hereby submit this status

20  report pursuant to the Order entered by the Court dated August 16, 2012 (Dkt. 283). The parties

21  continue to make progress towards finalizing settlement of this matter. On July 9, 2012, Wyndham

22  provided Plaintiffs with a template settlement agreement for review. Plaintiffs provided their

23  comments on August 10, 2012. On August 15, 2012, the parties held a telephonic conference for the

24  purposes of negotiating the terms and language to be included in the final written settlement

25  agreements. By September 17, 2012, the parties only have three more provisions in the final written

26  settlement agreement to negotiate and finalize. The parties propose that the Court order a fourth

27  status report regarding settlement be submitted by the parties by or before October 17, 2012 in the

28

LITTLER MENDELSON
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

event settlement and dismissal of this matter has not taken place by that date.

**IT IS SO STIPULATED.**

Dated: September 17, 2012                                   Dated: September 17, 2012

/s/ Felicia Medina
_____                                 _____
FELICIA MEDINA, ESQ.                                        PATRICK H. HICKS, ESQ.
Sanford Wittels & Heisler, LLP                              PAUL WEINER, ESQ.
                                                            WENDY MEDURA KRINCEK, ESQ.
EDWARD CHAPIN, ESQ.                                         KRISTINA ESCAMILLA, ESQ.
JILL SULLIVAN, ESQ.                                         HILARY B. MUCKLEROY, ESQ.
Chapin Fitzgerald Sullivan, LLP                             Littler Mendelson, PC

VINCENT AIELLO, ESQ.                                        *Attorneys for the Wyndham Defendants*
The Aiello Law Firm

*Attorneys for Plaintiffs*

Dated: September 17, 2012

/s/ Patrick Chapin
_____
PATRICK N. CHAPIN, ESQ.
Patrick N. Chapin, Ltd.

*Attorney for Defendant James Friedman*

**IT IS SO ORDERED.**

If a stipulation for dismissal of all claims, with prejudice, each party bearing its own costs and attorney fees is not filed on or before October 17, 2012, the parties and counsel will appear for a status conference at 10:00 a.m., October 25, 2012 in Courtroom 3C.
Dated: September 18, 2012

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2.