PATRICK H. HICKS, ESQ., Bar # 4632
PAUL WEINER, ESQ. *(admitted pro hac vice)*
WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KRISTINA N. ESCAMILLA, ESQ., Bar # 11564
HILARY B. MUCKLEROY, ESQ., Bar # 9632
LITTLER MENDELSON
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:   702.862.8800
Fax No.:   702.862.8811

Attorneys for Defendants
WYNDHAM WORLDWIDE CORPORATION, WYNDHAM RESORT DEVELOPMENT CORPORATION, WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC. and WORLDMARK BY WYNDHAM

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GENINE CANNATA, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNDHAM WORLDWIDE CORPORATION, *et al.*,<br><br>Defendants. | Case No. 2:10-cv-00068-PMP-VCF<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT PURSUANT TO ORDER (DKT. 283)** |

The parties, by and through their undersigned respective counsel, hereby submit this status report pursuant to the Order entered by the Court dated August 16, 2012 (Dkt. 283). The parties continue to make progress towards finalizing settlement of this matter. On July 9, 2012, Wyndham provided Plaintiffs with a template settlement agreement for review. Plaintiffs provided their comments on August 10, 2012. On August 15, 2012, the parties held a telephonic conference for the purposes of negotiating the terms and language to be included in the final written settlement agreements. By September 17, 2012, the parties only have three more provisions in the final written settlement agreement to negotiate and finalize. The parties propose that the Court order a fourth status report regarding settlement be submitted by the parties by or before October 17, 2012 in the

LITTLER MENDELSON
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

event settlement and dismissal of this matter has not taken place by that date.

**IT IS SO STIPULATED.**

Dated: September 17, 2012                                  Dated: September 17, 2012

/s/ Felicia Medina
_____                                _____
FELICIA MEDINA, ESQ.                                       PATRICK H. HICKS, ESQ.
Sanford Wittels & Heisler, LLP                             PAUL WEINER, ESQ.
                                                           WENDY MEDURA KRINCEK, ESQ.
EDWARD CHAPIN, ESQ.                                        KRISTINA ESCAMILLA, ESQ.
JILL SULLIVAN, ESQ.                                        HILARY B. MUCKLEROY, ESQ.
Chapin Fitzgerald Sullivan, LLP                            Littler Mendelson, PC

VINCENT AIELLO, ESQ.                                       *Attorneys for the Wyndham Defendants*
The Aiello Law Firm

*Attorneys for Plaintiffs*

Dated: September 17, 2012

/s/ Patrick Chapin
_____
PATRICK N. CHAPIN, ESQ.
Patrick N. Chapin, Ltd.

*Attorney for Defendant James Friedman*

**IT IS SO ORDERED.**

If a stipulation for dismissal of all claims, with prejudice, each party bearing its own costs and attorney fees is not filed on or before October 17, 2012, the parties and counsel will appear for a status conference at 10:00 a.m., October 25, 2012 in Courtroom 3C.

Dated: September 18, 2012

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2.